IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>IVAN FRANCISCO GONZALEZ CARMONA<br><br>DEBTOR(S) | CASE NUMBER:08-01124 SEK<br><br>CHAPTER 13 ( ASSET CASE) |

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

   **a. Include provision for CRIM secured claim**

3. Debtor (s) amend plan call for , twelve (12) payments of $410.00, and forty eight (48)payments of $ 600.00 for a total base of $33,720.00 dollars with a provision for the payment of secured claim to CRIM.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

**NOTICE**

"Parties in interest are notified the have twenty (20) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was

given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 30th, day of April, 2008.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

                                  **RESPECTFULLY SUBMITTED.**

                                  **/s/ Marilyn Valdes Ortega**
                                  **MARILYN VALDES ORTEGA**
                                  USDC PR 214711
                                  P.O. Box 19559
                                  San Juan, PR 00919-5596
                                  Tel. (787) 758-4400
                                  Fax. (787) 763-0144
                                  E-mail valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                  Case No. **08-01124 SEK**

**GONZALEZ CARMONA, IVAN FRANCISCO**        Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **9/30/2008**
☐ PRE ☒ POST-CONFIRMATION                 Filed by: ☐ Debtor ☐ Trustee ☑ Other

### I. PAYMENT PLAN SCHEDULE

$ **410.00** x **12** = $ **4,920.00**
$ **600.00** x **48** = $ **28,800.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **33,720.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **33,720.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

Additional Fees $ **350.00**
Adjusted balance $ **3,350.00**

Signed: **/s/ IVAN FRANCISCO GONZALEZ CARM(**
        Debtor

        Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**      Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**   Cr. _____   Cr. _____
# **071010018243256**   # _____   # _____
$ **4,520.57**   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **POPULAR AUTO**   Cr. **CRIM**   Cr. _____
# **82200102050170001**   # _____   # _____
$ **2,725.28**   $ **657.41**   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

IN RE GONZALEZ CARMONA, IVAN FRANCISCO      Case No. 08-01124 SEK
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

DEBTOR MAINTAINS PARTIAL DIRECT ALIMONY PAYMENTS IN FAVOR OF CECILIA GONZALEZ CONSISTING OF THE EXPENSES BOTH MEDICAL AND EDUCATIONAL AS WELL AS ALL THE NEEDS OF THE CHILD DURING DEBTOR'S VISITATION RIGHTS WHICH IS 182 DAYS OF THE YEAR.

ARREARS IN ALIMONY PAYMENT OF $14,000.00 DOLLARS TO BE PAID BY THE TRUSTEE.

CONDITIONED TO THE OUTCOME OF THE REASSESMENT/REDUCTION OF CHILD SUPPORT PAYMENT PENDING IN THE COURT OF INSTANCE OF SAN JUAN, ONCE A RULING IS MADE, DEBTOR WILL PROVIDE FOR ANY ARREARS SHOULD THAT BE THE CASE.

INSURANCE TO BANCO POPULAR OF PUERTO RICO AT END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $300.00, THROUGH UNIVERSAL INSURANCE COMPANY, PAYMENTS TO UNIVERSAL TO BEGIN AT THE END OF THE SALES CONTRACT.

DEBT TO POPULAR AUTO TO BE PAID BEFORE MORTGAGE WITH BANCO POPULAR IN ORDER TO LOWER AUTO INSURANCE EXPENSES.

ADEQUATE PROTECTION PAYMENTS TO BANCO POPULAR ON AUTO LOAN THROUGH THE TRUSTEE ON A MONTHLY BASIS OF $100.00 UNTIL CONFIRMATION.

SECURED DEBT WITH CRIM TO BE PAID BY THE TRUSTEE.

TRUSTEE TO PAY ALIMONY PRE-PETITION ARREARS $10,000.00 AND POST PETITON ARREARS OF $4,000.00 (MARCH AND APRIL 2008)

© 1993-2008 EZ-Filing Inc [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: *

IVAN FRANCISCO GONZALEZ CARMONA * CASE NUMBER 08-01124 SEK
                                *
    Debtor(s)                   * CHAPTER 13 (ASSET CASE)
*********************************

NOTICE OF FILING AMENDED PLAN
TO ALL THE CREDITORS LISTED ON THE ATTACHED
MASTER ADDRESS LIST

**NOTICE IS HEREBY GIVEN THAT DEBTOR (S) FILED THE ATTACHED PLAN ON SEPTEMBER 30, 2008**

Parties in interest are hereby granted twenty (30) days from the date of notice to oppose the motion and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed, the Court will schedule the motion for a hearing as contested matter.

**MARILYN VALDES ORTEGA**
**USDC PR 214711**
**P.O. BOX 195596**
**SAN JUAN, PR 00919-5596**
**Tel. (787) 758-4400**
**Fax. (787) 763-0144**

In San Juan, Puerto Rico, this 30th, day of September, 2008.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

```
Label Matrix for local noticing          BANCO POPULAR PR                         RECOVERY MANAGEMENT SYSTEMS CORP
0104-3                                   CARDONA JIMENEZ LAW OFFICES              25 SE 2ND AVENUE SUITE 1120
Case 08-01124-SEK13                      PO BOX 9023593                           MIAMI, FL 33131-1605
District of Puerto Rico                  SAN JUAN, PR 00902-3593
Old San Juan
Tue Sep 30 16:42:06 AST 2008

US Bankruptcy Court District of P.R.     AMERICAN EXPRESS                         American Express TRS Co, Inc Latin American
U.S. Post Office and Courthouse Building PO BOX 1270                              Division
300 Recinto Sur Street, Room 109         NEWARK, NJ 07101-1270                    c/o Becket and Lee LLP
San Juan, PR 00901-1964                                                           POB 3001
                                                                                  Malvern PA 19355-0701


BANCO POPULAR DE PR                      BANCO POPULAR DE PR                      BANCO POPULAR DE PUERTO RICO
PO BOX 366818                            PO BOX 70100                             P.O. BOX 362708
SAN JUAN PUERTO RICO 00936-6818          SAN JUAN, PR 00936-8100                  SAN JUAN, PR 00936-2708



BANCO POPULAR PUERTO RICO                BANCO SANTANDER                          BANK OF AMERICA
CARDONA JIMENEZ LAW OFFICE               PO BOX 362589                            PO BOX 15102
PO BOX 9023593                           SAN JUAN, PR 00936-2589                  WILMINGTON, DE 19886-5102
SAN JUAN PR 00902-3593



CAROLA GARCIA LOPEZ                      CAROLA GARCIA LOPEZ/CECILIA GONZALEZ GARCIA   CRIM
PO BOX 9022386                           PO BOX 9022386                                PO BOX 195387
SAN JUAN, PR 00902-2386                  SAN JUAN PR 00902-2386                        SAN JUAN PR 00919-5387



DEPARTAMENTO DE HACIENDA                 DEPARTAMENTO DEL TRABAJO                 Department of Treasury
PO BOX 9024140                           AVE. MU?OZ RIVERA 505                    Bankruptcy Section (424-B)
OFICINA 424 B                            HATO REY, PR 00918-3352                  PO Box 9024140
SAN JUAN, PR 00902-4140                                                           San Juan, PR 00902-4140



FEDERAL LITIGATION DEPT OF JUSTICE       FIA Card Services aka Bank of America    FIRST BANK
PO BOX 9020192                           by eCAST Settlement Corporation          BANKRUPTCY DIVISION
SAN JUAN, PR 00902-0192                  as its agent                             P O BOX 9146
                                         POB 35480                                SAN JUAN PR 00908-0146
                                         Newark NJ 07193-5480



FIRST BANK PUERTO RICO                   FIRST BANK PUERTO RICO                   ISABEL RODRIGUEZ BONET
FIA CARD SERVICES                        PO BOX 9146                              PO BOX 19917
PO BOX 15726                             SAN JUAN, PR 00908-0146                  SAN JUAN, PR 00910-1917
WILMINGTON, DE 19886-5726



(p)INTERNAL REVENUE SERVICE              POPULAR AUTO                             RADIO SHACK
CENTRALIZED INSOLVENCY OPERATIONS        PO BOX 366818                            PROCESSING CENTER
PO BOX 21126                             SAN JUAN, PR 00936-6818                  DES MOINES, IA 50364-0001
PHILADELPHIA PA 19114-0326



SCOTIABANK                               UNIVERSAL INSURANCE                      CAROLA GARCIA LOPEZ
PO BOX 362649                            PO BOX 9023862                           CALLE SOL 16
SAN JUAN, PR 00936-2649                  SAN JUAN, PR 00902-3862                  VIEJO SAN JUAN
                                                                                  SAN JUAN, PR 00926
```

```
IVAN FRANCISCO GONZALEZ CARMONA        JOSE RAMON CARRION MORALES        MARILYN VALDES ORTEGA
PO BOX 9023195                         PO BOX 9023884                    VALDES-ORTEGA
SAN JUAN, PR 00902-3195                SAN JUAN, PR 00902-3884           P O BOX 195596
                                                                         SAN JUAN, PR 00919-5596


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service          End of Label Matrix
Mercantil Plaza Bldg              Mailable recipients   33
2 Ponce de Leon Ave Suite 1014    Bypassed recipients    0
San Juan, PR 00918-1693           Total                 33
```